**Darwin MOUNTJOY, Plaintiff/Respondent,**

v.

**HARRISON TREE SERVICE, LLC, Defendant,**

**and**

**Colony Insurance Company, Defendant/Appellant.**

**No. ED 99162.**

Missouri Court of Appeals, Eastern District, Division Three.

Oct. 1, 2013.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 5, 2013.

Application for Transfer Denied Dec. 24, 2013.

Stephen R. Southard, Layton & Southard, LLC, Cape Girardeau, MO, Susan Ford Robertson, and Jonathan Zachary Bickel, Co–Counsel, The Robertson Law Group, Kansas City, MO, for Appellant.

Robert Leo Devoto, Robert L. Devoto, L.C., St. Louis, MO, for Respondent.

Colin D. Harrison, Friedheim, MO, Defendant Acting Pro Se.

Before MARY K. HOFF, P. J., KURT S. ODENWALD and ANGELA T. QUIGLESS, JJ.

ORDER

PER CURIAM.

Colony Insurance Company (Colony) appeals from the trial court's grant of summary judgment in favor of Darwin Mountjoy (Mountjoy) on Mountjoy's claim for equitable garnishment and declaratory judgment against Colony with regard to the commercial general liability policy issued to Colony's insured, Harrison Tree Service, LLC. We affirm.

We have reviewed the briefs of the parties, the legal file, and the record on appeal, and find the claim of error to be without merit. No error of law appears. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).